## 36644. INDEPENDENT PARTY OF GEORGIA v. AMERICAN PARTY OF GEORGIA et al.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur, except Gregory, J., not participating.*

DECIDED JANUARY 15, 1981.

*Jesse Cleveland,* for appellant.

*Arthur K. Bolton, Attorney General, Michael Bowers, Senior Assistant Attorney General, Frank Benning, Michael G. Parham,* for appellees.